UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

DAVID FREITES DIAZ,

    Plaintiff,

v.

SPECIALIZED BICYCLE COMPONENTS INC., et al.,

    Defendants.

Civil No. 98-1213 (JAF)

## JUDGMENT

On the basis of the terms of an Order subscribed by the court today, at the margin of <u>Docket Document No. 28</u>, judgment is entered on behalf of plaintiff, David Freites Díaz, and against defendant, Specialized Bicycle Components, Inc., in the amount of $130,000, each party to bear its own costs and fees.

San Juan, Puerto Rico, this 27th day of August, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)