# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



RECEIVED & FILED
99 OCT -4 PM 1:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DAVID FREITES DIAZ,

    VS.                            CIVIL NO. 98-1213

(JAF)

SPECIALIZED BICYCLE COMPONENTS,
INC., ET AL.,

| DESCRIPTION OF MOTION | |
|---|---|
| DATE FILED: 8/31/99  DOCKET: 32 & <br>               9/01/99                   33 <br> [X] Plffs.                 [X] Defts. | TITLE: MOTION TO COMPEL PLAINTIFF TO SET ASIDE JUDGMENT AND OPPOSITION THERETO. |

## O-R-D-E-R

This dispute is resolved as follows: The fork in question will be turned over to Specialized immediately. If Specialized wants the complete bike, it must substitute the same by a similar model. If the parties fail to agree as a model, the court will decide for them. Settlement is firm & final.

10-1-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(34)

2